UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | CASE NO.  5:20-cv-29 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | ORDER |
| ROXANNE WEST, et al, | ) ) | |
| DEFENDANTS. | ) | |

Counsel having advised the Court that the case has settled (*see* Doc. No. 47), this case hereby is dismissed with prejudice. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before March 5, 2021. This case hereby is closed.

**IT IS SO ORDERED**.

Dated: February 5, 2021

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**