IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROXANNE WEST, et al.,<br><br>Defendants. | * CASE NO. 5:20-CV-00029-SL<br>*<br>* JUDGE SARA LIOI<br>*<br>* MAG. JUDGE KATHLEEN B. BURKE<br>*<br>*<br>*<br>*<br>*<br>* |

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT
AND ORDER OF INTERPLEADER DISBURSEMENT**

Defendant Roxanne West ("Roxanne"), and Defendants Laycee Striker a/k/a Laycee West, Keith West, Jr. and Brooke West (the "Children"), through their respective undersigned counsel, jointly move that the Court render the attached Final Judgment and Order of Interpleader Disbursement, which will terminate this case and provide for distribution of the interpleaded registry funds, based on the following facts:

1. On or about January 7, 2020, Plaintiff, The Prudential Insurance Company of America ("Prudential"), initiated this interpleader suit concerning a dispute over the death benefit of a Veterans' Group Life Insurance policy insuring the life of Keith West, who died on May 24, 2019.

2. On July 15, 2020, the Court issued an Order (ECF No. 30) granting Prudential's request to deposit the disputed funds and for interpleader relief.

3. On July 24, 2020, the Court issued an Order (ECF No. 35) directing the Clerk of Court to accept $397,205.60 (the "Funds") for deposit into the registry of the Court.

4. The remaining parties had a dispute over which of them is entitled to the Funds, which dispute has now been resolved.

Therefore, the remaining parties now agree that the Funds, plus accumulated interest, if any, should be disbursed to the following persons, as payees for the respective parties, at the following addresses, and in the following amounts:

    a)     Interpleader Law, LLC IOLTA (Payee)
           c/o William Perry (Attorney for Roxanne West)
           Interpleader Law, LLC
           5800 One Perkins Place Dr., Suite 2A
           Baton Rouge, Louisiana 70808

           Three Hundred Seven Thousand Two Hundred Five Dollars and Sixty Cents ($307,205.60), plus 100% of any accumulated interest, less the CRIS fee of an annualized 10 basis points on assets on deposit for all CRIS funds for the management of investments in the CRIS (the CRIS fee is assessed from interest earnings to the pool before a pro rata distribution of earnings is made to court cases).

    b)     Baker, Dublikar, Beck, Wiley & Mathews Trust Account (Payee)
           c/o Ralph Dublikar (Attorney for the Children)
           Baker, Dublikar, Beck, Wiley & Mathews
           400 South Main Street
           North Canton, Ohio 44720

           Ninety Thousand Dollars ($90,000.00).

The address and tax identification number of the recipients have been provided to the Court or will be provided to the finance department upon request.

PRAYER FOR RELIEF

WHEREFORE, pursuant to this Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement, the movants request that the Court order disbursement of the registry funds as set out above and as directed in the Final Judgment and Order of Interpleader Disbursement, and dismiss all of the pending claims with prejudice, with each party being responsible for its own costs.

DATED this 25th day of February, 2021.

                                        Respectfully submitted,

                                        */s/William J. Perry*
                                        William J. Perry
                                        DC Bar No. 994835
                                        Interpleader Law, LLC
                                        5800 One Perkins Place Dr., Suite 2A
                                        Baton Rouge, Louisiana 70808
                                        Phone: (225) 246-8706
                                        Fax: (888) 200-3530
                                        Email: william.perry@interpleaderlaw.com

                                        *Attorney for Defendant Roxanne West*


                                        */s/ Ralph F. Dublikar*
                                        Ralph F. Dublikar (0019235)
                                        BAKER, DUBLIKAR, BECK, WILEY & MATHEWS
                                        400 South Main Street
                                        North Canton, Ohio 44720
                                        Telephone:  330-499-6000
                                        Facsimile:   330-499-6423
                                        Email: dublikar@bakerfirm.com

                                        *Counsel for Defendants Laycee Striker,*
                                        *Keith West, Jr. and Brooke West*

## CERTIFICATE OF SERVICE

☒ I hereby certify that on February 25, 2021, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

> In Son J. Loving, Attorney
> Giffen & Kaminski, LLC
> 300 East Ninth Street
> Suite 1600
> Cleveland, OH 44114
> Email: iloving@5hinkgk.com
> *Counsel for Plaintiff, The Prudential Insurance*
> *Company of America*
>
> Bradley L. Hillyer
> Connolly, Hillyer & Ong
> 201 North Main Street
> Uhrichsville, OH 44683
> Email: Hillyerlaw@hillyerlawoffice.Com
> *Counsel for Defendants*
> *Laycee Striker aka Laycee West,*
> *Keith West, Jr. and Brooke West*
>
> Ralph F. Dublikar
> Baker, Dublikar, Beck, Wiley & Mathews
> 400 South Main Street
> North Canton, OH 44720
> Email: Dublikar@bakerfirm.Com
> *Counsel for Defendants*
> *Laycee Striker aka Laycee West,*
> *Keith West, Jr. and Brooke West*

           */s/William J. Perry*
            William J. Perry