IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | * * | CASE NO. 5:20-CV-00029-SL |
| | * | JUDGE SARA LIOI |
| Plaintiff, | * * | MAG. JUDGE KATHLEEN B. BURKE |
| v. | * * | |
| ROXANNE WEST, et al., | * * | |
| Defendants. | * * | |

**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT**

On the Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement filed by Defendant Roxanne West and Defendants Laycee Striker a/k/a Laycee West, Keith West, Jr. and Brooke West, the Court finds, adjudges, and orders as follows:

This suit involves a dispute regarding the proceeds of a Veterans' Group Life Insurance policy payable by The Prudential Insurance Company of America ("Prudential") concerning the death of Keith West, who died on May 24, 2019.  On or about July 24, 2020, Prudential deposited $397,205.60 (the "Funds") into the registry of the Court and was terminated as a party.

The remaining parties have resolved their dispute and submitted the instant motion evidencing the financial terms of the settlement related to the subject life insurance death benefit. Therefore, pursuant to the agreement of the parties, and the record in this matter:

IT IS ORDERED that from the Funds, Roxanne West is entitled to and the Clerk shall disburse to her Three Hundred Seven Thousand Two Hundred Five Dollars and Sixty Cents ($307,205.60), plus 100% of any accumulated interest, less the CRIS fee of an annualized 10 basis points on assets on deposit for all CRIS funds for the management of investments in the

CRIS (the CRIS fee is assessed from interest earnings to the pool before a pro rata distribution of earnings is made to court cases), payable to: "Interpleader Law, LLC IOLTA" and mailed to: William Perry, Interpleader Law, LLC, 5800 One Perkins Place Dr., Suite 2A., Baton Rouge, LA 70808.

IT IS FURTHER ORDERED that from the Funds, Laycee Striker a/k/a Laycee West, Keith West, Jr. and Brooke West are entitled to and the Clerk shall disburse to them a total of Ninety Thousand Dollars ($90,000.00) to be divided three ways, payable to: "Baker, Dublikar, Beck, Wiley & Mathews Trust Account" and mailed to: Ralph Dublikar, Baker, Dublikar, Beck, Wiley & Mathews, 400 South Main Street, North Canton, OH 44720.

The address and tax identification number of the recipients have been provided to the Court or will be provided to the finance department upon request.

IT IS FURTHER ORDERED that this matter is hereby dismissed with prejudice.

Dated:  February 26 , 2021.

                                                        SARA LIOI
                                                        UNITED STATES DISTRICT JUDGE